

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kimberly Medeiros,

　　　　　　　　　　　　　　**Plaintiff,**

V.

Maryann D' Addezio Kotler, individually and in her capacity as Justice of the Superior Court of San Diego County,

　　　　　　　　　　　　　　**Defendant.**

Civil Action No.　19-cv-01787-JAH-LL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plainitff's Motion for Leave to Proceed IFP, pursuant to 28 U.S.C. § 1915(a), is granted. Plaintiff's Motion to Appoint Counsel is denied. The Complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**Date:**　　6/25/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

　　　　　　　　　　　　　　T. Ferris, Deputy